AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Parfinim NV, petitioner | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22cv1102 |
| Warden Tellez | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Parfinim NV (application for admission to the Middle District of Pennsylvania shall be filed shortly).

Date: 07/19/2022

/s/ Richard E. Lerner
*Attorney's signature*

Richard E. Lerner
*Printed name and bar number*

Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2d Floor
New York, New York 10019
*Address*

richard@mazzolalindstrom.com
*E-mail address*

917-584-4864
*Telephone number*

347-824-2006
*FAX number*