UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARFINIM NV, | ) | CIVIL ACTION NO. 4:22-CV-1102 |
| Petitioner | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| RACHEL THOMPSON,[1] | ) | |
| Respondent | ) | |

ORDER

Parfinim NV ("Petitioner") filed a petition of habeas corpus ad testificandum that sought an order directing the Bureau of Prisons to produce Inigo Philbrick for a deposition. (Doc. 1). This Petition was originally filed in the U.S. District Court for the Southern District of New York but was transferred to this Court when Mr. Philbrick was transferred to Federal Correctional Institution, Allenwood Low. (Doc. 17). On July 27, 2022, Petitioner notified the Court that Mr. Philbrick's deposition is currently scheduled for September 15, 2022, which would moot this Petition.

Therefore, it is ORDERED that:

(1)     Petitioner will file a status report with the Court on or before **September 22, 2022**. In lieu of a status report, Petitioner can file a stipulation of dismissal. If Mr. Philbrick's deposition is delayed, or unforeseen issues arise, Petitioner shall update the Court through this status report.

---

[1] Rachel Thompson has been substituted as the Respondent as she is the current custodian of Inigo Philbrick. (Doc. 17); *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

(2)    All briefing deadlines are stayed until September 22, 2022.

(3)    All *pro hac vice* or attorney admissions deadlines are stayed until September 22, 2022.

Date: July 28, 2022                    BY THE COURT

                                       *s/William I. Arbuckle*
                                       William I. Arbuckle
                                       U.S. Magistrate Judge