# MAZZOLA LINDSTROM LLP

Richard E. Lerner
RICHARD@MAZZOLALINDSTROM.COM
O: 646-813-4345
M: 917-584-4864

September 21, 2022

**Via ECF**
Magistrate Judge William I. Arbuckle
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Williamsport, PA 17701

    Re:    **Parfinim NV (petitioner) v. Warden Tellez (respondent) / Warden Rachel Thompson (respondent)**
          **Docket No.: 4:22-cv-01102-WIA**

          **Parfinim NV and Aiden Fine Arts, Inc. v. Uovo Art, LLC, et al., 656534/2019**

Dear Magistrate Judge Arbuckle:

    I am writing on behalf of petitioner Parfinim NV to update the court as to deposition of inmate Inigo Philbrick.

    The deposition commenced on September 15; however, due to technical difficulties it was very quickly terminated. The court reporter was unable to make an accurate record because of poor acoustics in the room in which Mr. Philbrick was being deposed, and because the remote access link was glitchy.

    Fortunately, Warden Thompson has quite graciously agreed to allow the parties to complete the deposition in person at the prison, and the parties (Parfinim and Aiden Fine Arts) are in the process of setting the date. The parties have jointly requested the dates of November 7, 8 or 9 from the BOP, but have not yet had confirmation from them of the date.

    Accordingly, while not yet moot, we do expect this habeas petition to become moot very soon.

Respectfully submitted,
**MAZZOLA LINDSTROM LLP**

Richard E. Lerner

cc:     (via email)

    Associate Warden Ryan Miller (BOP) rxxmiller@bop.gov

    Matthew Lavelle (BOP) mlavelle@bop.gov

    Jennifer Knepper (BOP) jknepper@bop.gov

    Shawn Dyroff (BOP) SDyroff@bop.gov

    Curt Rothermel (BOP) crothermel@bop.gov

    Timothy Hugar (BOP) thugar@bop.gov

    Terry Bingaman (BOP) tbingaman@bop.gov

    Steven Schindler SSchindler@schlaw.com (for Aiden Fine Art)

    Katherine Wilson-Milne  kwilson-milne@schlaw.com (for Aiden Fine Art)

    Jenny Gu jgu@schlaw.com (for Aiden Fine Art)

    Wendy Lindstrom wendy@mazzolalindstrom.com (for Parfinim)

    Nina Edelman nina@mazzolalindstrom.com (for Parfinim)