# MAZZOLA LINDSTROM LLP

Richard E. Lerner
RICHARD@MAZZOLALINDSTROM.COM
O: 646-813-4345
M: 917-584-4864

November 8, 2022

**Via ECF**
Magistrate Judge William I. Arbuckle
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Williamsport, PA 17701

  Re: **Parfinim NV (petitioner) v. Warden Tellez (respondent) / Warden Rachel Thompson (respondent)**
    **Docket No.: 4:22-cv-01102-WIA**

    **Parfinim NV and Aiden Fine Arts, Inc. v. Uovo Art, LLC, et al., 656534/2019**

## Request to Close Proceeding on Ground of Mootness

Dear Magistrate Judge Arbuckle:

  I am writing on behalf of petitioner Parfinim NV to update the court as to the deposition of inmate Inigo Philbrick.

  We trust that the court will be pleased to learn that the deposition was conducted yesterday, and therefore this proceeding may be closed, as it is now moot.

  We are grateful to Warden Thompson, the attorneys of the DOJ and the attorneys and staff of FCI Allenwood Low for their outstanding cooperation and assistance, and of course thank the court as well for its involvement, albeit quite limited due to the cooperation of all.

           Respectfully submitted,
           **MAZZOLA LINDSTROM LLP**

           Richard E. Lerner

1350 Avenue of The Americas, Second Floor, New York, New York 10019
1999 Avenue of The Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com

cc: (via email)

    Associate Warden Ryan Miller (BOP) rxxmiller@bop.gov

    Matthew Lavelle (BOP) mlavelle@bop.gov

    Jennifer Knepper (BOP) jknepper@bop.gov

    Shawn Dyroff (BOP) SDyroff@bop.gov

    Curt Rothermel (BOP) crothermel@bop.gov

    Timothy Hugar (BOP) thugar@bop.gov

    Terry Bingaman (BOP) tbingaman@bop.gov

    Steven Schindler SSchindler@schlaw.com (for Aiden Fine Art)

    Katherine Wilson-Milne  kwilson-milne@schlaw.com (for Aiden Fine Art)

    Jenny Gu jgu@schlaw.com (for Aiden Fine Art)

    Wendy Lindstrom wendy@mazzolalindstrom.com (for Parfinim)

    Nina Edelman nina@mazzolalindstrom.com (for Parfinim)